IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARY CASTELLUCCI<br><br>v.<br><br>HARCUM COLLEGE | CIVIL ACTION<br><br>NO. 16-00073 |
|---|---|

### O R D E R

**AND NOW**, this 2nd day of May 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss

1. Count IV of Plaintiff's Complaint is **GRANTED** without prejudice; and

2. Count V of Plaintiff's Complaint is **GRANTED** with prejudice.

**BY THE COURT:**

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-73 Castellucci v Harcum College\Order granting MtD.docx